| WELLS FARGO FINANCIAL LOUISIANA, INC. | * | NO. 2022-CA-0457 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| BETTY MONTGOMERY GALLOWAY, VALERIE SENNETTE GALLOWAY, AND GREGORY LOUIS GALLOWAY | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

RLB    **BELSOME, J. DISSENTS**

Because the Appellant presents no new facts or points of law, but rather merely re-urges arguments previously reviewed by this Court, I would deny the Application for Rehearing.